**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| CHERRINGTON ASIA LIMITED, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 6:05-cv-01214-EFM-DWB |
| ) | |
| A & L UNDERGROUND, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT A&L UNDERGROUND, INC.'S MOTIONS FOR**
**NEW TRIAL AND STAY OF EXECUTION,**
**AND MEMORANDUM IN SUPPORT THEREOF**

**COMES NOW** Defendant and moves the Court for the following relief:

A.   For a new trial on Plaintiff's claims against Defendant, pursuant to F.R. Civ. P. 59 on the grounds that the jury's verdict in response to Questions 1 and 3 was contrary to the weight of the evidence.

B.   For stay of execution on the money judgment rendered in favor of Plaintiff and against Defendant pending disposition by the Court of this motion for a new trial, pursuant to F.R. Civ. P. 62(b).

**MEMORANDUM IN SUPPORT OF MOTIONS**

**COMES NOW** Defendant and provides the following Memorandum in Support of the above Motions.

1.   The jury answered Questions 1 and 3 in the affirmative. Those questions were:

"1. Did CAL and A&L enter into a contract under which CAL was to provide certain services to A&L and in return A&L was to pay CAL 20% of any profits A&L obtained under a subcontract with Parsons Iraq for a pipeline crossing of the Tigris River?

3. Did CAL and A&L enter into a joint venture with respect to the Tigris River crossing project and subcontract with Parsons Iraq?"

2. The basis for the contract that was the subject of Question 1, and the agreement that was a necessary part of the joint venture referenced in Question 3, was the "paper exchange" that occurred in the March 30, 2005, meeting in Alvin, Texas where Brij Punj, Alex Lowe, Rich Gilstrap and Terry Williamson were present.

3. Brij Punj testified to the following, which testimony was the most favorable to Plaintiff's claim of a contract:

    A. There was discussion about what CAL could provide to the Parsons Iraq project. The discussion concerned CAL providing equipment, labor and logistics.

    B. Alex Lowe asked Brij Punj if CAL could provide equipment, etc., "What do you want?"

    C. Alex Lowe and Brij Punj then each wrote on a separate piece of paper, following which Alex Lowe collected the papers and announced that Brij Punj wrote $500,000.00 while Alex Lowe wrote 20%.

    D. Brij Punj then stated, "I accept your offer of 20%. It is fair."

4. An offer has been described as a manifestation of willingness to enter into a bargain. Prince Enterprises, Inc. v. Griffith Oil Co., 8 Kan. 644, 649, 664 P.2d 877 (1983), citing Kansas Power and Light Co. v. Burlington Northern R. Co., 544 F. Supp. 1336, 1347 (D. Kan. 1982).

5.	The testimony of Brij Punj showed that there was no offer made that could be accepted. Mr. Punj's testimony showed a price inquiry ("What do you want?").

6.	By a similar token, the announcement by Alex Lowe that he wrote 20% on a piece of paper does not rise to the level of an offer, and could not reasonably be construed as such by a jury.

7.	Pending the Court's disposition of this Motion, Defendant requests that execution be stayed under F.R. Civ. P. 62(b). This should not create any substantial delay for Plaintiff to enforce its judgment if this Motion for a new trial is denied, and Plaintiff will therefore not be prejudiced by extending the stay for that limited amount of time. If the Motion is granted, then extension of the stay will have proven to be justified.

Roger D. Stanton
Kansas Supreme Court No. 6009
Law Offices of Roger D. Stanton
Corporate Woods, Building 51
9393 West 110th Street, # 500
Overland Park, Kansas  66210
Phone:  (913) 451-6958
Fax:     (913) 451-6959
rstanton@stanton-law.com

and

/s/ Christopher B. Bacon
Kansas Supreme Court No. 08875
LOWE, FARMER, BACON & ROE
105 South Kansas Avenue
Post Office Box 580
Olathe, Kansas  66051-0580
Phone:  (913) 782-0422
Fax:     (913) 782-0532
christopherbacon@sbcglobal.net

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the above and foregoing was filed electronically on this 31st day of December, 2009, with the United States District Court for the District of Kansas, and shall be served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out in the Notice of Electronic Filing as issued by the Court and shall be served by U.S. mail, first class, postage pre-paid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Procedure and the Local Rules of the United States District Court for the District of Kansas.

/s/ Christopher B. Bacon